IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. ENGEL,<br>Plaintiff,<br><br>v.<br><br>SPIN MASTER LTD.,<br>Defendant. | CIVIL ACTION NO. 05-11424 GAO<br><br>JURY TRIAL DEMANDED |

**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff, Robert W. Engel, does hereby dismiss the above-captioned action without prejudice to refiling. The Complaint in this case was filed on July 7, 2005, and Defendant has waived formal service of the Complaint in reply to Plaintiff's Notice of Lawsuit and Request for Waiver of Service of Summons. Defendant has neither answered nor filed a motion for summary judgment.

Wherefore, Plaintiff respectfully requests that his notice of voluntary dismissal Fed. R. Civ. P. 41(a)(1)(i) be entered by the Court.

Dated: September 30, 2005

Respectfully submitted,

Plaintiff, by his
Attorney,

/s/ Thomas P. O'Connell
Thomas P. O'Connell, Esq.
BBO # 567,644
O'Connell Law Office
135 Cambridge Street, Suite 10
Burlington, MA 01803
Telephone: 781.221.0060